IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| MITCHELL PARRISH,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>ENDURANCE DEALER SERVICES, LLC d/b/a ENDURANCE WARRANTY SERVICES, LLC,<br><br>　　　　　Defendant. | Cause No. CV 24–78–M–DWM<br><br>ORDER |

On July 25, 2024, Defendant Endurance Dealer Services, LLC d/b/a Endurance Warranty Services, LLC filed an unopposed motion for leave to file an overlength brief in support of its motion to vacate. (Doc. 3.) On July 29, 2024, Defendant filed its brief in support of its motion to vacate, which both certifies that the brief complies with Local Rule 7.1(d)(2) and that it contains 9,709 words. (Doc. 5.) Local Rule 7.1(d)(2)(A) limits briefs in support of a motion to 6,500 words. Accordingly,

1

IT IS ORDERED that the motion, (Doc. 3), is DENIED. Defendant's brief in support of its motion to vacate is STRICKEN. Defendant's future filings shall comply with the word limit as set by Local Rule 7.1(d)(2)(A).

DATED this 29th day of July, 2024.

15:38 P.M.

Donald W. Molloy, District Judge
United States District Court