IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| MITCHELL PARRISH, | Cause No. CV 24–78–M–DWM |
| Plaintiff, | |
| vs. | ORDER |
| ENDURANCE DEALER SERVICES, LLC d/b/a ENDURANCE WARRANTY SERVICES, LLC, | |
| Defendant. | |

Defendant Endurance Dealer Services, LLC, has moved unopposed for leave to file under seal an unredacted version of the Notice of Additional Interested Parties as required under Local Rule 7.1-1. (Docs. 28, 28-1.)

Defendant describes its corporate group structure as follows: the sole member of Defendant is EDS Holding Co., LLC of which the sole member is Endurance Vehicle Services, LLC, which has five members. (Doc. 28.) One member is an individual, the other four members are private equity funds comprised of independent, third-party investors. (*Id.*) Defendant states that it does not have permission or authority to publicly disclose the names of or any other information about the sub-members. (*Id.*).

There exists "a general right to inspect and copy public records and

1

documents, including judicial records and documents." *Nixon v. Warner Commc'ns, Inc.*, 435 U.S. 589, 597 (1978) (footnotes omitted). There is also "a strong presumption in favor of access to court records." *Foltz v. State Farm Mut. Auto. Ins. Co.*, 331 F.3d 1122, 1135 (9th Cir. 2003). The party seeking to seal records may overcome this presumption by showing that there is a "compelling reason" to do so based on fact. *Ctr. for Auto Safety v. Chrysler Grp., LLC*, 809 F.3d 1092, 1096–97 (9th Cir. 2016). What constitutes a "compelling reason" is "best left to the sound discretion of the trial court." *Nixon*, 435 U.S. at 599.

Defendant discusses the purposes of the local disclosure rule as to conflict and diversity jurisdiction, (Doc. 28 at 3–4), but does not state a "compelling reason," *see Ctr. for Auto Safety*, 809 F.3d at 1096–97, to grant its motion.

Accordingly, IT IS ORDERED that the motion, (Doc. 28), is DENIED.

DATED this 21st day of October, 2024.

Donald W. Molloy, District Judge
United States District Court