IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| MITCHELL PARRISH,<br><br>  Plaintiff-Petitioner,<br><br>vs.<br><br>ENDURANCE DEALER SERVICES, LLC d/b/a ENDURANCE WARRANTY SERVICES, LLC,<br><br>  Defendant-Respondent. | CV 24-78-M-DWM<br><br>JUDGMENT |

IT IS ORDERED AND ADJUDGED that judgment is entered pursuant to the Court's Order dated February 24, 2025, (Doc. 54). The above-entitled matter is dismissed.

Dated this 24th day of February, 2025.

TYLER P. GILMAN, CLERK

/s/ Tyler P. Gilman